**05 CV 6231**

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:05-cv-02167-CRW
Internal Use Only

**DOC # 1**

AMS FUND, INC. v. GLAXOSMITHKLINE PLC et al
Assigned to: HONORABLE CHARLES R. WEINER
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 05/06/2005
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**AMS FUND, INC.**
*ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED*

represented by **MARC S. HENZEL**
LAW OFFICES OF MARC S. HENZEL
273 MONTGOMERY AVENUE
SUITE 202
BALA CYNWYD, PA 19004
610-660-8000
Email: mhenzel182@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DEBORAH R. GROSS**
LAW OFFICES BERNARD M. GROSS, PC
JUNIPER & MARKET STREETS
JOHN WANAMAKER BLDG, SUITE 450
PHILADELPHIA, PA 19107
215-561-3600
Fax: 215-561-3000
Email: debbie@bernardmgross.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GLAXOSMITHKLINE PLC**

represented by **MICHAEL L. KICHLINE**
DECHERT, PRICE & RHOADS
1717 ARCH STREET
4000 BELL ATLANTIC TOWER
PHILA, PA 19103-2793
TEL 215-994-2749
Fax: FAX 215-994-2222
Email: michael.kichline@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SMITHKLINE BEECHAM CORPORATION**

represented by **MICHAEL L. KICHLINE**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**JEAN-PIERRE GARNIER**     represented by   **MICHAEL L. KICHLINE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2005 | 1 | COMPLAINT against GLAXOSMITHKLINE PLC, SMITHKLINE BEECHAM CORPORATION, JEAN-PIERRE GARNIER ( Filing fee $ 250 receipt number 916340.), filed by AMS FUND, INC..(ss, ) (Entered: 05/09/2005) |
| 05/06/2005 | | Summons Issued, Three originals mailed as to GLAXOSMITHKLINE PLC, SMITHKLINE BEECHAM CORPORATION, JEAN-PIERRE GARNIER. Forwarded To: Counsel on 5/9/05 (ss, ) (Entered: 05/09/2005) |
| 05/06/2005 | | DEMAND for Trial by Jury by AMS FUND, INC.. (ss, ) (Entered: 05/09/2005) |
| 05/06/2005 | | Standard Case Management Track (ss, ) (Entered: 05/09/2005) |
| 05/10/2005 | 2 | Disclosure by AMS FUND, INC..(HENZEL, MARC) (Entered: 05/10/2005) |
| 06/13/2005 | 3 | MOTION to Appoint Counsel *and Appoint Joseph J. Masters as Lead Plaintiff* filed by AMS FUND, INC..memorandum; declaration; certificate of service. (Attachments: # 1 Proposed Order Granting Motion of Joseph J. Masters for Appointment as Lead Plaintiff and Approval of Selection of Counsel# 2 Memorandum of Law In Support of Motion# 3 Declaration of Aaron Brody in Support of Motion# 4 ExhibitA - Notice# 5 Exhibit B Class cert# 6 Exhibit C - chart loss# 7 Exhibit D - Stull Stull & Brody resume# 8 Exhibit E - Bernard M. Gross, P.C. resume# 9 Service list)(GROSS, DEBORAH) (Entered: 06/13/2005) |
| 06/14/2005 | 4 | NOTICE of Appearance by MICHAEL L. KICHLINE on behalf of GLAXOSMITHKLINE PLC, SMITHKLINE BEECHAM CORPORATION, JEAN-PIERRE GARNIER with Certificate of Service (KICHLINE, MICHAEL) (Entered: 06/14/2005) |
| 06/30/2005 | 5 | ORDER THAT THIS ACTION IS HEREBY TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR CONSOLIDATION; ETC.. SIGNED BY JUDGE CHARLES R. WEINER ON 6/30/05. 6/30/05 ENTERED AND COPIES MAILED AND FAXED.(jl, ) (Entered: 06/30/2005) |
| 06/30/2005 | | Case Transferred to District of SOUTHERN DISTRICT OF NEW YORK. Original File, certified copy of transfer order, and docket sheet sent. (jl, ) (Entered: 06/30/2005) |